IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHIRLEY HIGDON; and HENRY B. HIGDON | ) ) ) |
| v. | ) No. 3-12-1223 ) ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center | ) ) ) ) |

O R D E R

On December 26, 2012, the defendant filed a Notice of Stay by Reason of Bankruptcy (Docket Entry No. 5), indicating that the defendant has filed a Chapter 11 Petition in the United States Bankruptcy Court for the District of Massachusetts.

As a result, all proceedings in this case against the defendant are STAYED pursuant to the automatic Bankruptcy stay, and the initial case management conference, scheduled on January 14, 2013, is CANCELLED.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp to consider entry of an order administratively closing this case.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge