| | |
|---|---|
| SHIRLEY HIGDON, et al., ) | |
| ) | |
| v. ) | No. 3:12-1223 |
| ) | Judge Sharp |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. ) | |
| ) | |

### O R D E R

Due to the Notice of Stay by Reason of Bankruptcy (Docket No. 5) for Defendant New England Compounding Pharmacy, Inc., the Clerk is directed to close this action administratively. Upon application and notification to the Court that the parties are ready to resume proceedings in this Court, the action will be reopened.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE